```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                  Case No. 19-04123-RNO
Cataldo J. Garzella                                                     Chapter 13
        Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: LyndseyPr              Page 1 of 1           Date Rcvd: Nov 07, 2019
                             Form ID: ntnew341            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
```
db              Cataldo J. Garzella,    109 Oak St,    Pittston, PA 18640-3312
5251113         American Express,    PO Box 297879,    Ft. Lauderdale, FL 33329-7879
5251115         Ditech Financial,    3000 Bayport Dr Ste 800,    Tampa, FL 33607-8417
5251111         Garzella Cataldo J,    109 Oak St,    Pittston, PA 18640-3312
5251116         Greater Pittston Ambulance,    83 S Main St,    Pittston, PA 18640-1700
5251117         JPMCB Card Services,    PO Box 15369,    Wilmington, DE 19850-5369
5251118        +KML Law Group,    701 Market Street,    Suite 5000-BNY Independence Center,
                 Philadelphia, PA 19106-1538
5251112         Law Office of David J Harris,    67-69 Public Sq Ste 700,    Wilkes Barre, PA 18701-2515
5251119         Luzerne County Tax Claim Bureau,    c/o Northeast Revenue Service,    200 N River St,
                 Wilkes Barre, PA 18702-2405
5251120         PHFA-HEMAP,    PO Box 24611,    Harrisburg, PA 17101-2461
5251121         United Revenue Collections,    PO Box 1184,    Langhorne, PA 19047-6184
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5257635         E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 07 2019 19:12:05
                 Advanta Bank Corporation,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
5251114        +E-mail/PDF: creditonebknotifications@resurgent.com Nov 07 2019 19:11:41    Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
5257921         E-mail/Text: mrdiscen@discover.com Nov 07 2019 19:09:29    Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5257818         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 19:11:42    LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 4
```
```
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor 1 Cataldo J. Garzella dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cataldo J. Garzella,  Chapter 13

**Debtor 1**

Case No. 5:19–bk–04123–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: December 16, 2019 |
| --- | --- |
| | Time: 12:00 PM |

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 7, 2019 |

ntnew341 (04/18)