```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                            Case No. 19-04123-RNO
Cataldo J. Garzella                                               Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-5         User: LyndseyPr           Page 1 of 1           Date Rcvd: Dec 18, 2019
                             Form ID: ntcnfhrg         Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2019.

```
db              Cataldo J. Garzella,    109 Oak St,    Pittston, PA 18640-3312
5251113         American Express,    PO Box 297879,    Ft. Lauderdale, FL 33329-7879
5267736         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
5251115         Ditech Financial,    3000 Bayport Dr Ste 800,    Tampa, FL 33607-8417
5275010         Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
5251111         Garzella Cataldo J,    109 Oak St,    Pittston, PA 18640-3312
5271568        +Geisinger Health system,    100 N Academy Ave.,    Danville PA 17822-0001
5251116         Greater Pittston Ambulance,    83 S Main St,    Pittston, PA 18640-1700
5251117         JPMCB Card Services,    PO Box 15369,    Wilmington, DE 19850-5369
5251118        +KML Law Group,    701 Market Street,    Suite 5000-BNY Independence Center,
                 Philadelphia, PA 19106-1538
5251112         Law Office of David J Harris,    67-69 Public Sq Ste 700,    Wilkes Barre, PA 18701-2515
5251119         Luzerne County Tax Claim Bureau,    c/o Northeast Revenue Service,    200 N River St,
                 Wilkes Barre, PA 18702-2405
5251120         PHFA-HEMAP,    PO Box 24611,    Harrisburg, PA 17101-2461
5251121         United Revenue Collections,    PO Box 1184,    Langhorne, PA 19047-6184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5257635         E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 18 2019 19:49:56
                 Advanta Bank Corporation,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
5251114        +E-mail/PDF: creditonebknotifications@resurgent.com Dec 18 2019 19:50:25     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
5257921         E-mail/Text: mrdiscen@discover.com Dec 18 2019 19:37:16     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5270454         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 18 2019 19:37:52     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
5257818         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 18 2019 19:50:04     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5272572         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 18 2019 19:37:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa. 17128-0946
                                                                                              TOTAL: 6
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor 1 Cataldo J. Garzella dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Cataldo J. Garzella, | Chapter 13 |
| **Debtor 1** | Case No. 5:19–bk–04123–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **January 29, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: February 5, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 18, 2019 |

ntcnfhrg (03/18)