IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| CATALDO J. GARZELLA | : |
| | : CASE NO. 19-4123 |
| DEBTORS | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME |
| | : March 4, 2020 at 9:30 a.m. |
| MOVANT | : |
| V. | : |
| CATALADO J. GARZELLA | : |
| | : RELATED TO DOCKET NO. 29 |
| RESPONDENTS | : |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTORS' PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' Proposed Chapter 13 Plan, on the parties at the below addresses, on February 28, 2020, by:

**5:19-bk-04123-RNO Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@pa.gov, RA-occbankruptcy6@pa.gov

Charles J. DeHart, III (Trustee) at TWecf@pamd13trustee.com

David J. Harris on behalf of Debtor at dh@lawofficeofdavidharris.com, davidharrisesqign@gmial.com

James Warmbrodt at bkgoup@kmllawgroup.com

Office of the United States Trustee at ustpregion03.ha.ecf@usdoj.gov

**5:19-bk-04123-RNO Notice will not be electronically mailed to:**

New Residential Mortgage LLC

EXECUTED ON: March 2, 2020

                                  Respectfully submitted by,

By:    /s/ Jim Peavler
           Deputy Chief Counsel
           PA Department of Revenue
           Office of Chief Counsel
           Dept. 281061
           Harrisburg, PA 17128-1061
           PA I.D. 320663
           Phone: 717-787-2747
           Facsimile: 717-772-1459
           jpeavler@pa.gov