DAVID J. HARRIS, ESQUIRE
COUNSEL FOR THE DEBTOR
PA S. Ct. No.: 48558
FL Bar No.: 0451207

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile:  (570) 208-1400
E-Mail:   dh@lawofficeofdavidharris.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
 :
CATALDO J. GARZELLO, : Chapter 13
 : Case No.: 5:19-bk-04123-RNO
 Debtor :

## CERTIFICATE OF SERVICE

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 6th day of March, 2020, I served a true and correct copy of the of the attached Notice of Sale of Real Estate Pursuant to Local Rule ¶ 6004-1(c) in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED:

Dated: March 6, 2020          By:   /s/ David J. Harris
Wilkes-Barre, Pennsylvania          DAVID J. HARRIS, ESQUIRE

**DAVID J. HARRIS, ESQUIRE**
**COUNSEL FOR THE DEBTOR**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

**69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile: (570) 208-1400**
**E-Mail:    dh@lawofficeofdavidharris.com**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                              :
                                    :
CATALDO J. GARZELLO,                :       Chapter 13
                                    :       Case No.: 5:19-bk-04123-RNO
            Debtor                  :
                                    :

**NOTICE OF SALE OF REAL ESTATE PURSUANT**
**TO LOCAL RULE ¶ 6004-1(c)**

This is to provide you with notice pursuant to Local Rule ¶ 6004-1(c) that the Debtor in the captioned case intends to sell certain real estate. In accordance with the Local Rule, you are notified of the following:

1. The Debtor, CATALDO J. GARZELLA, is an adult individual with an address of 109 Oak Street, Pittston, Pennsylvania 18640 and is the Seller of the Property described below in Paragraph 3 below.

2. Settlement of the sale shall occur on or before the 30th day following the issuance of an Order of the Bankruptcy Court approving the sale, pursuant to the terms and conditions of a Standard Real Estate Agreement, a copy of which is appended to a Motion To Sell Real Estate pursuant to 11 U.S.C. 363(b) on file with the Bankruptcy Court ("Motion").

3. The property that is subject to the sale is improved and is known as 177 Panama Street, Pittston, Luzerne County, Pennsylvania as described in Luzerne County Record Book

3013, at page 210386, et seq., having a Property Identification Number of 72-E11-NE-2-003-012 (the "Property").

4. The Property may be examined prior to sale at any time within twenty-one days (21) days from the date of this Notice by contacting the Debtor's counsel at the address and/or telephone number set forth in the header above.

5. The Debtor intends to sell the Real Estate for the sum of TWENTY-EIGHT THOUSAND FIVE HUNDRED and 00/100 ($28,500.00) DOLLARS. The Debtor believes that this price represents the net fair market value of the property. Interested parties may present higher and better offers in writing to the Debtor's on or prior to the conclusion of the 21-day period set forth in Paragraph 4 above.

6. The proposed purchasers of the Real Estate are William Eifert, III and Janet Muse-Burke. They are not related in any manner to the Debtor.

7. The Debtor seeks to effectuate the sale of the Real Estate pursuant to Section 363(b) of the Bankruptcy Code and pay from the net sales proceeds thereof the claims of secured creditors, if any, whose liens encumber the real estate in the manner set forth in the above-referenced Motion, after payment of certain administrative costs, expenses and fees as set forth in the Motion. Any excess sales proceeds shall be paid to the Chapter 13 Trustee.

8. The last date by which objections to the sale shall be filed with the Court shall be March 27, 2020. OBJECTIONS ARE TO BE FILED WITH THE CLERK, U.S. Bankruptcy Court, 197 South Main Street, Wilkes-Barre, PA 18701 and served upon the undersigned counsel. Hearing on any Answers or Objections will be scheduled by the Court.

9. All inquiries regarding the sale should be directed to the Debtor's counsel and not to the clerk of the Bankruptcy Court.

RESPECTFULLY SUBMITTED:

Dated: March 6, 2020  BY: /s/ David J. Harris, Esquire
       Wilkes-Barre, Pennsylvania      DAVID J. HARRIS, ESQUIRE

```
Label Matrix for local noticing         Advanta Bank Corporation              American Express
0314-5                                  Resurgent Capital Services            PO Box 297879
Case 5:19-bk-04123-RNO                  PO Box 10368                          Ft. Lauderdale, FL  33329-7879
Middle District of Pennsylvania         Greenville, SC 29603-0368
Wilkes-Barre
Fri Mar  6 13:47:16 EST 2020

American Express National Bank          Credit One Bank
c/o Becket and Lee LLP                  PO Box 98873
PO Box 3001                             Las Vegas, NV 89193-8873
Malvern  PA 19355-0701
```



```
Discover Bank                           Ditech Financial                      Ditech Financial LLC
Discover Products Inc                   3000 Bayport Dr Ste 800               P.O. Box 12740
PO Box 3025                             Tampa, FL  33607-8417                 Tempe, AZ 85284-0046
New Albany, OH  43054-3025
```

```
                                                                              Geisinger Health system
                                                                              100 N Academy Ave.
                                                                              Danville PA 17822-0001
```

```
Greater Pittston Ambulance                                                    (p)JPMORGAN CHASE BANK  N A
83 S Main St                                                                  BANKRUPTCY MAIL INTAKE TEAM
Pittston, PA  18640-1700                                                      700 KANSAS LANE FLOOR 01
                                                                              MONROE LA 71203-4774
```



```
(p)JEFFERSON CAPITAL SYSTEMS LLC        KML Law Group                         LVNV Funding, LLC
PO BOX 7999                             701 Market Street                     Resurgent Capital Services
SAINT CLOUD MN 56302-7999               Suite 5000-BNY Independence Center    PO Box 10587
                                        Philadelphia, PA  19106-1538          Greenville, SC 29603-0587
```



```
                                        Luzerne County Tax Claim Bureau       New Residential Mortgage LLC
                                        c/o Northeast Revenue Service         P.O. Box 10826
                                        200 N River St                        Greenville, SC 29603-0826
                                        Wilkes Barre, PA  18702-2405
```

```
New Residential Mortgage LLC            PHFA-HEMAP                            Jim Peavler
P.O. Box 10826                          PO Box 24611                          10th Floor, Strawberry Square
Greenville, SC 29603-0826               Harrisburg, PA  17101-2461            Harrisburg, PA 17128-0001
```



```
Pennsylvania Department of Revenue      United Revenue Collections
Bankruptcy Division PO Box 280946       PO Box 1184
Harrisburg, Pa.  17128-0946             Langhorne, PA  19047-6184
```



```
James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ditech Financial LLC                    (u)New Residential Mortgage LLC              (u)PA Dept of Revenue

End of Label Matrix
Mailable recipients    27
Bypassed recipients     3
Total                  30