**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTOR**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile: (570) 208-1400
E-Mail:    dh@lawofficeofdavidharris.com

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Chapter 13 |
| CATALDO GARZELLA | : Case No.: 5:19-bk-04123 |
| | : |
| Debtor | : |
| | : |

---

## CERTIFICATE OF SERVICE

---

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 19th day of June, 2020, I served a true and correct copy of the of the attached Notice and Second Amended Chapter 13 Plan in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED:

Dated: June 19, 2020          By:    /s/ David J. Harris
       Wilkes-Barre, Pennsylvania          DAVID J. HARRIS, ESQUIRE

Rev. 02/22/19

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

CATALDO J. GARZELLA

Chapter: 13

Case No.: 5-19-BK-04123

Debtor(s)

## NOTICE

The confirmation hearing on the 2nd Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: 8/19/2020          Time: 9:30 am

Location: 197 S Main St, Courtroom #2, Max Rosenn US Courthouse, Wilkes-Barre, PA 18701

The deadline for filing objections to confirmation of the Plan is: 8/12/2020.

**For cases before the Hon. Robert N. Opel, II (indicated in the Case No. with the initials "RNO" respectively):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: 6/19/20          Filed by: /s/ David J. Harris, Esquire

(570) 823-9400

dh@lawofficeofdavidharris.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:19-bk-04123-RNO<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Fri Jun 19 08:06:00 EDT 2020 | Advanta Bank Corporation<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | American Express<br>PO Box 297879<br>Ft. Lauderdale, FL  33329-7879 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | [redacted] |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Ditech Financial<br>3000 Bayport Dr Ste 800<br>Tampa, FL  33607-8417 | Ditech Financial LLC<br>P.O. Box 12740<br>Tempe, AZ 85284-0046 |
| [redacted] | [redacted] | Geisinger Health system<br>100 N Academy Ave.<br>Danville PA 17822-0001 |
| Greater Pittston Ambulance<br>83 S Main St<br>Pittston, PA  18640-1700 | [redacted] | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KML Law Group<br>701 Market Street<br>Suite 5000-BNY Independence Center<br>Philadelphia, PA 19106-1538 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| [redacted] | Luzerne County Tax Claim Bureau<br>c/o Northeast Revenue Service<br>200 N River St<br>Wilkes Barre, PA  18702-2405 | New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |
| New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826<br>[redacted] | PHFA-HEMAP<br>211 N FRONT ST<br>P.O. Box 15206<br>HARRISBURG, PA 17105-5206 | PHFA-HEMAP<br>PO Box 24611<br>Harrisburg, PA  17101-2461 |
| Jim Peavler<br>10th Floor, Strawberry Square<br>Harrisburg, PA 17128-0001 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, Pa.  17128-0946 | United Revenue Collections<br>PO Box 1184<br>Langhorne, PA  19047-6184 |
| [redacted] | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ditech Financial LLC                (u)New Residential Mortgage LLC            (u)NewRez LLC d/b/a Shellpoint Mortgage Servi

(u)PA Dept of Revenue                  End of Label Matrix
                                       Mailable recipients    28
                                       Bypassed recipients     4
                                       Total                  32