# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| CATALDO J. GARZELLA, | : CASE NO. 19-04123-RNO |
| DEBTOR | : CERTIFICATE OF SERVICE |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : CONFIRMATION HEARING : August 19, 2020 @ 9:30 a.m. |
| MOVANT | |
| V. | |
| CATALDO J. GARZELLA, | |
| RESPONDENT | : RELATED TO DOCKET NO. 47 |

**CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED AMENDED CHAPTER 13 PLAN**

I, Jim L. Peavler certify under penalty of perjury that I served the above captioned pleading the Pennsylvania Department of Revenue's Objection to Debtor's Amended Chapter 13 Plan, on the parties at the below addresses, on July 16, 2020 by:

**19-04123-RNO Notice will be electronically mailed to:**

Charles J DeHart, III (Trustee)
TWecf@pamd13trustee.com

Leon P Haller on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowners Emergency Mortgage Assistance Program
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

David J. Harris on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com

David J. Harris on behalf of Debtor 1 Cataldo J. Garzella
dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com

Jim Peavler on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Ditech Financial LLC
bkgroup@kmllawgroup.com

5:19-bk-04123-RNO Notice will not be electronically mailed to:

New Residential Mortgage LLC,

    Respectfully submitted by:
    /s/     Jim Peavler
    Jim Peavler
    Counsel
    PA Department of Revenue
    Office of Chief Counsel
    P.O. Box 281061
    Harrisburg, PA 17128-1061
    PA I.D. # 320663
    Phone: 717-787-2747
    Facsimile: 717-772-1459
    Email: jpeavler@pa.gov