**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTOR**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile: (570) 208-1400
E-Mail: dh@lawofficeofdavidharris.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Chapter 13 |
| CATALDO GARZELLA | : Case No.: 5:19-bk-04123 |
| | : |
| Debtor | : |
| | : |

## CERTIFICATE OF SERVICE

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 9th day of October, 2020, I served a true and correct copy of the of the attached Notice and Third Amended Chapter 13 Plan in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED:

Dated: October 9, 2020      By:    /s/ David J. Harris
    Wilkes-Barre, Pennsylvania           DAVID J. HARRIS, ESQUIRE

Rev. 02/22/19

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

| CATALDO J. GARZELLA | Chapter: | 13 |
|---|---|---|
| | Case No.: | 5-19-BK-04123 |
| Debtor(s) | | |

## NOTICE

The confirmation hearing on the <u>3rd</u> Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: <u>12/02/20</u>                      Time: <u>9:30 am</u>

Location: <u>197 S Main St, Courtroom #2, Max Rosenn US Courthouse, Wilkes-Barre, PA 18701</u>

The deadline for filing objections to confirmation of the Plan is: <u>11/ 24/20</u>.

**For cases before the Hon. Robert N. Opel, II (indicated in the Case No. with the initials "RNO" respectively):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: <u>10/9/20</u>                Filed by:    <u>/s/ David J. Harris, Esquire</u>

                                                <u>(570) 823-9400</u>

                                                <u>dh@lawofficeofdavidharris.com</u>

Label Matrix for local noticing
0314-5
Case 5:19-bk-04123-RNO
Middle District of Pennsylvania
Wilkes-Barre
Wed Oct  7 11:32:38 EDT 2020

Advanta Bank Corporation
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

American Express
PO Box 297879
Ft. Lauderdale, FL  33329-7879

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873



Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Ditech Financial
3000 Bayport Dr Ste 800
Tampa, FL  33607-8417

Ditech Financial LLC
P.O. Box 12740
Tempe, AZ 85284-0046





Geisinger Health system
100 N Academy Ave.
Danville PA 17822-0001

Greater Pittston Ambulance
83 S Main St
Pittston, PA  18640-1700

Leon P Haller
Purcell Krug and Haller
1719 North Front Street
Harrisburg, PA 17102-2392



(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KML Law Group
701 Market Street
Suite 5000-BNY Independence Center
Philadelphia, PA 19106-1541

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587



Luzerne County Tax Claim Bureau
c/o Northeast Revenue Service
200 N River St
Wilkes Barre, PA  18702-2405

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

PHFA-HEMAP
211 N FRONT ST
P.O. Box 15206
HARRISBURG, PA  17105-5206

PHFA-HEMAP
PO Box 24611
Harrisburg, PA  17101-2461

Jim Peavler
10th Floor, Strawberry Square
Harrisburg, PA 17128-0001

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946



United Revenue Collections
PO Box 1184
Langhorne, PA  19047-6184



James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.



End of Label Matrix
Mailable recipients   30
Bypassed recipients    5
Total                 35