# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     CATALDO J. GARZELLA
                Debtor(s)

JACK N. ZAHAROPOULOS       CHAPTER 13
CHAPTER 13 TRUSTEE
                Movant

vs.                                           CASE NO: 5-19-04123-HWV

CATALDO J. GARZELLA
                Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 15, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on October 9, 2020.

2. A hearing was held and an Order was entered on March 3, 2021 directing that an amended plan be filed within sixty (60) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                             Respectfully submitted,

                                                             s/    Agatha R. McHale, Esq.
                                                             Id:   47613
                                                            Attorney for Trustee
                                                            Jack N. Zaharopoulos
                                                            Standing Chapter 13 Trustee
                                                            Ste. A, 8125 Adams Drive
                                                            Hummelstown, PA   17036
                                                            Ph.   717-566-6097
                                                            Fax. 717-566-8313
                                                            eMail: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CATALDO J. GARZELLA

               Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

               Movant

CASE NO: 5-19-04123-HWV

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court  
Max Rosenn U.S. Courthouse  
Courtroom #2  
197 S. Main Street  
Wilkes Barre, PA

Date:  August 4, 2021

Time:  09:30 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Jack N. Zaharopoulos, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA   17036  
Phone:  (717) 566-6097  
Email:  info@pamd13trustee.com

Dated:  June 15, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CATALDO J. GARZELLA

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CHAPTER 13

Movant

CATALDO J. GARZELLA

CASE NO: 5-19-04123-HWV

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 15, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DAVID J. HARRIS, ESQUIRE<br>69 PUBLIC SQUARE<br>SUITE 700<br>WILKES-BARRE, PA   18701- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| CATALDO J. GARZELLA<br>109 OAK ST<br>PITTSTON, PA   18640-3312 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:   June 15, 2021

Respectfully,
Vickie Williams
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:  (717) 566-6097
eMail: info@pamd13trustee.com

IN RE: CATALDO J. GARZELLA

| | |
|---|---|
| Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS | |
| CHAPTER 13 TRUSTEE | |
| Movant | |
| CATALDO J. GARZELLA | CASE NO: 5-19-04123-HWV |
| Respondent(s) | |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.