# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     CATALDO J. GARZELLA                CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant                                          CASE NO:  5-19-04123-HWV

CATALDO J. GARZELLA

    Respondent(s)

## **CERTIFICATION OF DEFAULT**

    AND NOW on July 23, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

    As of July 23, 2021, the Debtor(s) is/are $4764.60 in arrears with a plan payment having last been made on Aug 31, 2020

    In accordance with said stipulation, the case may be dismissed

                                              Respectfully Submitted,
                                              /s/  Bobbie Weigel
                                              for Jack N. Zaharopoulos, Trustee
                                              8125 Adams Drive, Suite A
                                              Hummelstown, PA  17036
                                              Phone:  (717) 566-6097

Dated: July 23, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CATALDO J. GARZELLA    CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant    CASE NO: 5-19-04123-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 23, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| DAVID J. HARRIS, ESQUIRE<br>69 PUBLIC SQUARE<br>SUITE 700<br>WILKES-BARRE, PA  18701- | SERVED ELECTRONICALLY |
| CATALDO J. GARZELLA<br>109 OAK ST<br>PITTSTON, PA  18640-3312 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA  17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  July 23, 2021    Respectfully submitted,
    Bobbie Weigel
    for Jack N. Zaharopoulos, Trustee
    Suite A, 8125 Adams Dr.
    Hummelstown, PA  17036
    Phone:  (717) 566-6097
    eMail: info@pamd13trustee.com