United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Cataldo J. Garzella  
    Debtor

Case No. 19-04123-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jul 30, 2021      Form ID: pdf010      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Cataldo J. Garzella, 109 Oak St, Pittston, PA 18640-3312 |
| 5251113 | | American Express, PO Box 297879, Ft. Lauderdale, FL 33329-7879 |
| 5267736 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5251115 | | Ditech Financial, 3000 Bayport Dr Ste 800, Tampa, FL 33607-8417 |
| 5251111 | | Garzella Cataldo J, 109 Oak St, Pittston, PA 18640-3312 |
| 5271568 | + | Geisinger Health system, 100 N Academy Ave., Danville PA 17822-0001 |
| 5251116 | | Greater Pittston Ambulance, 83 S Main St, Pittston, PA 18640-1700 |
| 5251118 | + | KML Law Group, 701 Market Street, Suite 5000-BNY Independence Center, Philadelphia, PA 19106-1541 |
| 5251112 | | Law Office of David J Harris, 67-69 Public Sq Ste 700, Wilkes Barre, PA 18701-2515 |
| 5251119 | | Luzerne County Tax Claim Bureau, c/o Northeast Revenue Service, 200 N River St, Wilkes Barre, PA 18702-2405 |
| 5291179 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5291180 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826 Greenville, SC 29603-0826 |
| 5251120 | | PHFA-HEMAP, PO Box 24611, Harrisburg, PA 17101-2461 |
| 5251121 | | United Revenue Collections, PO Box 1184, Langhorne, PA 19047-6184 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Jul 30 2021 18:47:00 | Pennsylvania Housing Finance Agency/Homeowners Eme, 211 N. Front St., P.O. Box 15206, Harrisburg, PA 17105-5206 |
| 5257635 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 30 2021 18:49:21 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5251114 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 30 2021 18:49:18 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5257921 | | Email/Text: mrdiscen@discover.com | Jul 30 2021 18:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5270454 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 30 2021 18:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5251117 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 30 2021 18:49:21 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 5257818 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2021 18:49:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5315432 | + | Email/Text: blegal@phfa.org | Jul 30 2021 18:47:00 | PHFA-HEMAP, 211 N FRONT ST, P.O. Box 15206, HARRISBURG, PA 17105-5206 |
| 5272572 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2021 18:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. |

| District/off: 0314-5 | User: AutoDocke | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jul 30, 2021 | Form ID: pdf010 | Total Noticed: 23 |

17128-0946

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | New Residential Mortgage LLC |
| 5275010 | ## | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021         Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| David J. Harris | on behalf of Debtor 1 Cataldo J. Garzella dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com |
| David J. Harris | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| Jim Peavler | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CATALDO J. GARZELLA

Chapter: 13

Case No.: 5-19-04123-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   vs.               Movant(s)

CATALDO J. GARZELLA

                Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: July 30, 2021

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)